JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE VALDIVIA,<br><br>              Petitioner,<br><br>        v.<br><br>UNKNOWN,<br><br>              Respondent. | Case No. CV 15-2469 JFW(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

    IT IS SO ADJUDGED.

DATED: April 8, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE